

**FILED**

05/07/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 24-0257

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### OP 24-0257

_____

RACHELL RENE FLORES,

        Petitioner,

v.

CAPT. BRADLEY BRAGG,
Lewis & Clark Detention Center,

        Respondent.

O R D E R

_____

Rachell Rene Flores has filed a Petition for Writ of Mandamus, concerning her detention and medical care while in the Lewis and Clark County Detention Center. Upon review of her Petition, we deem it appropriate to require a response. Therefore,

IT IS ORDERED that the Attorney General or counsel for the Department of Correction is GRANTED thirty days from the date of this Order in which to prepare, file, and serve a written response together with appropriate documentary exhibits.

The Clerk is directed to provide a copy of this Order to: counsel of record; Bradley Bragg, LCCDC; Chad M. Wright, Appellate Defender Division; and Rachell Flores personally.

DATED this 7th day of May, 2024.

_____
Justice

**FILED**

MAY -7 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana